**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| OMRAN CONSULTING CONSTRUCTION & ENGINEERING CO.<br><br>    Plaintiff,<br><br>    v.<br><br>DYNCORP INTERNATIONAL, LLC<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:13-cv-00979 (LMB/TCB) |

## STIPULATION OF DISMISSAL AND ORDER

The matter having been resolved, Plaintiff and Defendant hereby voluntarily DISMISS

THIS ACTION WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a).  Each

party agrees that it will not seek to recover costs or attorney's fees from any opposing party.  The

parties further stipulate that this Court shall retain jurisdiction to enforce the Settlement

Agreement, dated May 28, 2014.

Date:  June 30, 2014                    Respectfully submitted,

                                         By:  s/ Jason C. Tomasulo

                                         Jason C. Tomasulo
                                         COHEN SEGLIAS PALLAS
                                         GREENHALL & FURMAN PC
                                         30 South 17th Street
                                         Philadelphia, PA 19103
                                         (202) 564-1700
                                         jtomasulo@cohenseglias.com

                                         *Counsel for Plaintiff Omran Consulting
                                         Construction & Engineering Co.*

By: s/ Steven K. Davidson

Steven K. Davidson (VSB #25210)
Jared R. Butcher (*pro hac vice*)
Conor P. Brady (VSB #81890)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 429-3000 (telephone)
(202) 429-3902 (facsimile)
sdavidson@steptoe.com
jbutcher@steptoe.com
cbrady@steptoe.com

*Counsel for Defendant DynCorp*
*International, LLC*

So ordered this ___7th___ day of ___July___, 2014.

_____ /s/
Leonie M. Brinkema
United States District Judge